## Ludlow *ads*. The People.

THE Defendant was indicted at the Oyer and
Terminer in Queen's County for a Rape,
and in the laſt Vacation he obtained from a Judge
*at his Chamber*, an Allowance of a *Certiorari* to
remove the Indictment into this Court, with a View
to have a Trial by a foreign Jury.   The *Certiorari*
was directed to the Clerk of the Oyer and Termi-
ner, and returned by him with the Indictment an-
nexed, and the following Queſtions occurring: 1ſt,
Whether a *Certiorari* to remove an Indictment
for *Felony* could be allowed, otherwiſe than on mo-
tion *in open Court*, and *ſpecial* Cauſe ſhewn? 2dly,
Whether a *Certiorari* to remove an Indictment
from the Oyer and Terminer ought not to be di-
rected to and returned by the *Commiſſioners* inſtead
of the *Clerk?* 3dly, If the *Certiorari* in the preſent
Caſe ſhould be received and *filed* in this Court,
then how and where muſt the Trial be? whether
by *Procedendo* to the Oyer and Terminer, or by
*niſi prius* at the Circuit, or at Bar? and whe-
ther a foreign Jury could be awarded in a *capital*
Caſe? the Court permitted the *Certiorari* and
Return to be *lodged* only in Court *for the preſent*,
but not as either *formally received* or *filed ;* the
Defendant however, having ſubmitted the affidavit
on which he ſhould ground his Motion for a fo-
reign Jury, to the previous examination of the
Judges, and they deeming it inſufficient, no Opin-
ion was therefore given on either of the above
Queſtions, and the following Order was entered

in the Caufe, viz. " The Writ of *Certiorari* " iffued out of this Court, in this Caufe, direct- " ed to *James Fairlie*, Clerk of the Court of Oyer " and Terminer, and General Gaol Delivery, in " and for the County of Queens, and the Return " of the faid *James Fairlie* to the faid Writ, be- " ing read, *Ordered*, that the faid Writ and Re- " turn be not received and filed in this Court, " and that the feveral Matters, intended by the " faid Return to have been certified and returned " to this Court, be in the fame State in which " they were before the faid Writ iffued ; the faid " Writ and the faid Return notwithftanding." The *Certiorari* and Return were thereupon en- trufted to Mr. *Juftice Lanfing*, to be by him put again into the hands of Mr. *Fairlie* at *Albany*, where he refided.